

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2014

No. 04-14-00314-CR

Armando **CARRION**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4953
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Because the brief was filed only one day after the Texas Court of Criminal Appeals issued its decision in *Kelly v. State*, No. PD-07-02-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014), it does not appear that appellant's attorney has complied with the new requirement imposed by the Court in *Kelly* which requires appellant to: (1) notify appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court within ten days; and (2) provide appellant with a form motion for this purpose. It is therefore ORDERED that appellant's attorney file an exhibit documenting his compliance with the *Kelly* requirement in this court **no later than 10 days from the date of this order**.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court